In the Matter of the Petition of MARY C. HOWELL and THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK to Render and Settle Their Account of Proceedings as Executors of FRANCIS R. HOWELL, Also Known as FRANCIS ROLLINS HOWELL, Deceased. ALBERT H. LIEBERMAN and Others, as Liquidating Trustees of Asset Building & Loan Association, Appellants; MARY C. HOWELL and THE

CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Executors, etc., and PAUL G. GRAVENHORST, as Special Guardian of HAZEL M. HOLMES, and Others, Infants, etc., Respondents.— In a proceeding in the Surrogate's Court, Kings County, to settle the executors' accounts, appellants objected to the settlement without the allowance of their claim, which is based on a note executed by the testator. The respondents resisted payment upon the ground that the estate was entitled to an offset to the extent of the decedent's shareholder interest in the payee, a building and loan association. Decree unanimously affirmed, with costs to respondents, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ. [174 Misc. 105.]